# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 20-CR-26-1 (CFC) |
| JAMES RICHARD SMITH, III, | : |
| Defendant. | : |

## MOTION TO ISSUE COVID-19 SPECIFIC QUESTIONNAIRE TO POTENTIAL JURORS

**NOW COMES** the United States of America, by and through David C. Weiss, United States Attorney for the District of Delaware, and Ruth E. Mandelbaum and Briana M. Knox, Assistant United States Attorneys, and requests the Court issue the Government's proposed COVID-19-specific Questionnaire, and in support thereof states as follows:

1. Trial in this case is set to begin on March 8, 2021.

2. Per the Jury Trial Restart Guidelines for the District of Delaware, issued by this Court on October 7, 2020, each juror summons should include a COVID-19-specific questionnaire.

3. The Government proposes the enclosed questionnaire be used in assembling the venire. The proposed questionnaire is submitted in the document format specified by the Jury Trial Restart Guidelines.

4. On January 6, 2021, the Government sent a letter to the Defendant which enclosed a copy of the proposed questionnaire and asked the Defendant whether he had any objections. The Government requested the Defendant respond by January 18, 2021.

5. As of the date of this motion, the Government has received no response to its January 6, 2021 letter.

**WHEREFORE**, for the reasons set forth above, the Government requests the Court utilize the enclosed COVID-19-specific Questionnaire in identifying and assembling the jury venire.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

BY: */s/ Briana M. Knox*
        Ruth E. Mandelbaum
        Briana M. Knox
        Assistant United States Attorneys
        Attorneys for the Government

Dated:    January 19, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 20-CR-26-1 (CFC) |
| | : | |
| JAMES RICHARD SMITH, III, | : | |
| | : | |
| Defendant. | : | |

_____:

## **ORDER**

AND NOW, this _____ day of _____, 2021, having considered the Government's Motion to Issue Covid-19 Specific Questionnaire to Potential Jurors, and any opposition thereto,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED.

_____
HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No. 20-CR-26-1 (CFC) |
| : | |
| JAMES RICHARD SMITH, III, : | |
| : | |
| Defendant. : | |
| : | |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 19th day of January 2021, I caused to be electronically filed:

**Motion to Issue COVID-19 Specific Questionnaire to Potential Jurors with Jury Questionnaire Regarding COVID-19 Attachment**

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify two copies of said document to be served by U.S. Mail on the following:

James Richard Smith, III
Inmate Register # 09550-015
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105
*PRO SE*

                                         */s/ Sherry Kaminski*
                                         Sherry Kaminski