Name:                                                                                     Participant No.:

## JUROR QUESTIONNAIRE REGARDING COVID-19

To prevent the spread of COVID-19 and to reduce the potential risk of COVID-19 exposure to the court's staff, jurors, and others appearing before the court, please complete this juror questionnaire.

1. Have you been vaccinated for COVID-19?

    Yes – 1 dose          Yes – 2 doses          No

2. Have you or a member of your household tested positive for COVID-19 or been assessed presumptively positive for COVID-19 in the past two weeks?

    Yes          No

3. At any time over the past two weeks, have you or a member of your household developed flu-like symptoms such as a cough, fever, shortness of breath, or a loss of the sense of taste or smell?

    Yes          No

4. Have you or a member of your household been in close contact with anyone who has been diagnosed with a COVID-19 infection within the last two weeks?

    Yes          No

5. Are you or someone in your household considered to be at high risk for complications from contracting COVID-19 because of a preexisting condition, age, or other characteristic? If so, please explain in detail.

    Yes          No

6. Do you have significant childcare or eldercare issues as a result of COVID-19-related closures that would make it difficult for you to serve as a juror? If so, please explain in detail.

    Yes          No

7. Are you an employee who had been laid off due to COVID-19 and recently returned to work?

      Yes        No

    a. If yes, where are you employed, how long were you laid off, and when did you return to work?

8. Do you work in a doctor's office or hospital?

      Yes        No

9. Have you traveled outside of the State of Delaware within the past two weeks? If so, where?

      Yes        No

10. Other than what you have indicated in response to the questions above, do you have any additional concerns related to COVID-19 and your jury service? If yes, please explain.

      Yes        No