# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, :<br><br>                                Plaintiff, :<br>v.                                                    :<br>                                                   :<br>JAMES RICHARD SMITH, III,   :<br>                                                   :<br>                                Defendant. : | Case No. 20-CR-26-1 (CFC) |

## ORDER

AND NOW, this **22rd** day of **January**, 2021, having considered the Government's Motion to Issue Covid-19 Specific Questionnaire to Potential Jurors, and any opposition thereto,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED.

_____
HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE